UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE POPE,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 2:14-cv-01324-CLS-JHE |
| **ANNE MARIE ADAMS, et al.,** | ) |
| **Defendants.** | ) |

**MEMORANDUM OPINION**

The magistrate judge filed a report and recommendation on June 8, 2015, recommending this action be dismissed without prejudice for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. no. 6). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, **ADOPTED**, and his recommendation is **ACCEPTED**. Accordingly, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failure to state a claim upon which relief can be granted. A final judgment will be entered contemporaneously herewith.

DONE this 16th day of July, 2015.

                                                                                                            /s/ Lynwood Smith
                                                                                    United States District Judge